No. 700. DECK SCOW CAPTAINS LOCAL 335, INDEPEND-
ENT, *v.* HARBOR CARRIERS OF THE PORT OF NEW YORK
ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE
GOLDBERG took no part in the consideration or decision
of this petition. *Arthur Abarbanel* for petitioner.
*Roman Beck, Arthur Karger, Maurice A. Krisel* and
*Christopher E. Heckman* for Harbor Carriers of the Port
of New York et al., and *William J. Hannan* for King et al.,
respondents. *Solicitor General Cox, Stuart Rothman,
Dominick L. Manoli* and *Norton J. Come* filed a memo-
randum for the National Labor Relations Board. Re-
ported below: 306 F. 2d 89.

No. 7, Misc. DANIEL *v.* WILKINS, WARDEN. C. A. 2d
Cir. Certiorari denied. *Edward Q. Carr, Jr.* for peti-
tioner. *Louis J. Lefkowitz,* Attorney General of New
York, *Paxton Blair,* Solicitor General, and *Joseph J. Rose,*
Assistant Attorney General, for respondent.

No. 279, Misc. SPRENZ *v.* UNITED STATES. C. A. 6th
Cir. Certiorari denied. Petitioner *pro se. Solicitor
General Cox, Assistant Attorney General Miller, Beatrice
Rosenberg* and *Sidney M. Glazer* for the United States.

No. 390, Misc. CLARK *v.* BETO, CORRECTIONS DIRECTOR,
ET AL. Court of Criminal Appeals of Texas. Certiorari
denied. Petitioner *pro se. Waggoner Carr,* Attorney
General of Texas, and *Sam R. Wilson, Linward Shivers*
and *Allo B. Crow, Jr.,* Assistant Attorneys General, for
respondents.

No. 553, Misc. BENTHIEM *v.* UNITED STATES. C. A.
1st Cir. Certiorari denied. Petitioner *pro se. Solicitor
General Cox, Assistant Attorney General Miller* and *Bea-
trice Rosenberg* for the United States.